| | |
|---|---|
| 1 | Russell M. De Phillips; (CSB #95034)<br>Roy L. Carlson, Jr.; (CSB #123553) |
| 2 | MILBERG & DE PHILLIPS, P.C.<br>2163 Newcastle Avenue, Suite 200 |
| 3 | Cardiff by the Sea, CA 92007-1824<br>Telephone: (760) 943-7103 |
| 4 | Facsimile: (760) 943-6750 |
| 5 | Attorneys for Plaintiffs Richard Massoth and<br>Robert Seltzer |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | CASE NO. 1:08-18009-KT |
| NORTH HOLLYWOOD HAMLIN STREET DEVELOPER, LLC., | CHAPTER 11 |
| | ADVERSARY NO. 09-01031 KT |
| Debtors. | |
| RICHARD MASSOTH, an individual and ROBERT SELTZER, an individual; | NOTICE OF DISMISSAL PURSUANT TO BANKRUPTCY RULE 7041 AND FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |
| Plaintiffs, | |
| v. | |
| NORTH HOLLYWOOD HAMLIN STREET DEVELOPER, LLC, A California Limited Liability Company; SEGUN ABEGUNRIN, an individual; TUNJI ADEDEJI, an individual; IDUAMA KELLY-DOKUBO, an individual; and DOES 1-25, INCLUSIVE | |

Pursuant to Bankruptcy Rule 7041 and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Richard Massoth and Robert Seltzer hereby dismiss this action as follows:

1. Plaintiffs hereby dismiss this entire action against Defendants Segun Abegunrin, Tunji Adedeji, Iduama Kelly-Dokubo and Does 1-25, without prejudice.

///

///

-1-

NOTICE OF DISMISSAL

| | | |
|---|---|---|
| Dated: February 23, 2009 | | MILBERG & DE PHILLIPS, P.C. |

By: /S/ Russell M. De Phillips
Russell M. De Phillips
Attorneys for Plaintiffs
Richard Massoth and Robert Seltzer

| In re: North Hollywood Hamlin Street Developer, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: Adv. No. 09-01031 KT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2163 Newcastle Avenue, Suite 200, Cardiff by the Sea, California 92007

A true and correct copy of the foregoing document described as __NOTICE OF DISMISSAL PURSUANT TO BANKRUPTCY RULE 7041 AND FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/23/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
U.S. Trustee Email: ustpregion16.wh.ecf@usdoj.gov
Katherine Bunker, Attorney for U.S. Trustee Email: kate.bunker@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/23/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/23/09 | Maggie Conant | /s/ Maggie Conant |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 **F 9013-3.1**

| In re: North Hollywood Hamlin Street Developer, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: Adv. No. 09-01031 KT |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367-6606

Debtor
North Hollywood Hamlin Street Development LLC
115 W California Bl Ste 224
Pasadena, CA 91105

Attorney for Debtor
Jerome Zamos
5228 Campo Rd
Woodland Hills, CA 91364

Iduama Kelly Dokubo MD
P.O. Box 50082
Pasadena, CA 91150

Tunji Adedeji
1211 Paseo Dorado
San Dimas, CA 91773

Segun Abegunrin
21763 W. Redwood Canyon Place
Santa Clarita, CA 91390

Koko Bassey Offiong, Esq.
170 S. Beverly Drive, Suite 304
Beverly Hills, CA 90212

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**